B139

FILED
SEP 15 2026
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 2:26-cr-194 |
| v. | (18 U.S.C. §§ 111(a)(1) and 111(b); 8 U.S.C. § 1326) |
| ANGEL DAVID CHIMBOLEMA AUQUILLA | |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about August 29, 2026, in the Western District of Pennsylvania, the defendant, ANGEL DAVID CHIMBOLEMA AUQUILLA, did intentionally and unlawfully forcibly assault, resist, oppose, impede, and interfere with a person designated in section 1114 of Title 18, United States Code, that is, an officer or an employee of the United States or of any agency in any branch of the United States Government, to wit, a member of U.S. Immigrations and Customs Enforcement, while he was engaged in or on account of the performance of official duties, and caused physical contact and inflicted bodily injury.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

**COUNT TWO**

The grand jury further charges:

On or about August 29, 2026, in the Western District of Pennsylvania, the defendant, ANGEL DAVID CHIMBOLEMA AUQUILLA, an alien who, on or about June 6, 2024, had been previously deported and removed from the United States pursuant to law, and having knowingly and unlawfully reentered the United States, was found in the United States in Allegheny County, Pennsylvania, without having applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States, pursuant to the provisions of Title 6, United States Code, Sections 202(3) and (4) and Section 557.

In violation of Title 8, United States Code, Section 1326.

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

DOUGLAS C. MALONEY
Assistant United States Attorney
PA ID No. 314082